```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0053--CR (JKS)
                                "USA V ROBERT GRATHWOHL ET AL"
                                   DEF 1.1 GRATHWOHL, ROBERT

         In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 04/28/99
              Closed: 08/26/99
   No. of Defendants: 2
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
    Needs interpreter: NO
    Counsel of record: F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


    Counts re: DEF 1.1 GRATHWOHL, ROBERT
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 INF | 1 | 21:846 CONSPIRACY (F) | Sentenced (17-1) |
| 1 -  1 INF | 2 | 18:1956(h) MONEY LAUNDERING (F) | Sentenced (17-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0053--CR (JKS)
                      "USA V ROBERT GRATHWOHL ET AL"
                            DEF 2.1 HANEL, DANIEL
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 04/28/99
               Closed: 08/26/99
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: William P. Bryson
                       1015 W. 7th Avenue
                       Anchorage, AK 99501
                       907-276-8611
                       FAX 907-258-1516
                       Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial

                       Kevin F. McCoy
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


    Counts re: DEF 2.1 HANEL, DANIEL
```

| Document   | Count | Citation and Description          | Disposition         |
|------------|-------|-----------------------------------|---------------------|
| 1 -  1 INF | 1     | 21:846 CONSPIRACY (F)             | Sentenced<br>(18-1) |
| 1 -  1 INF | 2     | 18:1956(h) MONEY LAUNDERING (F)   | Sentenced<br>(18-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A99-0053--CR (JKS)
                         "USA V ROBERT GRATHWOHL ET AL"

                    In public format, for all filing dates
```

```
 Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 04/28/99
          Closed: 08/26/99
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/28/99 | [Re: DEF 1-2] PLF 1 Information. |
| 2 - 1 | 04/28/99 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 3 - 1 | 04/28/99 | {SEALED} |
| 4 - 1 | 05/03/99 | [Re: DEF 1-2] JKS Minute Order re arr/EOP set for 5/25/99 at 8:30 a.m. cc: USA, FPD, W. Bryson, USM, USPO |
| 5 - 1 | 05/19/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] of hrg re: DEF's mot to continue trial & PLF's mot for detention hrg in case A99-0018 CR - held 05/18/99: PCOP hrg set for 05/25/99 vcated & reset to 05/24/99 to follow Girginer IOS.  Cnsl to confer & Mr. Bryson to notify Crt of availability. |
| 6 - 1 | 05/27/99 | {SEALED} |
| 7 - 1 | 05/27/99 | DEF 1 Waiver of indictment. |
| 8 - 1 | 07/26/99 | DEF 2 Address Change Notice. |
| 9 - 1 | 08/12/99 | {SEALED} |
| 10 - 1 | 08/13/99 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 11 - 1 | 08/13/99 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 12 - 1 | 08/16/99 | [Re: DEF 2] PLF 1 Errata to sentencing memo (11-1). |
| 13 - 1 | 08/17/99 | DEF 1 Notice of lodging w/att exhs. |
| 14 - 1 | 08/23/99 | [Re: DEF 2] JKS Court Minutes [ECR: Linda Christensen] re IOS (held 8/19/99); sent 84 mos as to counts 1 & 2 to be served concurrently; supervised release of 50 mos as to count 1 & 36 mos as to count 2 to be served concurrently; fine $100; speacial assessment $200; restitution $100; waiver of indictment fld; mot for downward departure denied; pltf's request for community restitution granted; def remanded to cust of USM. |
| 15 - 1 | 08/23/99 | [Re: DEF 2] Waiver of indictment. |
| 16 - 1 | 08/23/99 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re IOS (held 8/19/99); sent 84 mos to counts 1 & 2 to be served concurrently; supervised release 60 mos as to count 1 & 36 mos as to count 2 to run concurrently; fine $100; SA $200; restitution $100; mot for downward departure deined; mot for community restitution granted; def remanded to custody of USM. |
| 17 - 1 | 08/26/99 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2 of the Information (1-1); imprisonment for 84 mos; supervised rls 60 mos; $200 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0053--CR (JKS)
                              "USA V ROBERT GRATHWOHL ET AL"

                            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | SA; $100 fine; $100 restitution.  cc: USA, FPD, USM, PO, DEF (by cnsl), Finance, FLU |
| 18 - 1 | 08/26/99 | [Re: DEF 2] JKS Judgment pleaded guilty to count(s) 1,2 of the Information (1-1); imprisonment for 84 mos; supervised rls 60 mos; SA $200; fine $100; restitution $100  cc: USA, Wm. Bryson, USM, PO, Finance, FLU, Def (by cnsl) |
| 19 - 1 | 09/21/99 | [Re: DEF 1-2] Partial Transcript of IOS held 08/19/99. |
| 20 - 1 | 11/12/99 | Return of judgment executed 11/02/99. |
| 21 - 1 | 07/01/04 | DEF 2 motion on shortened time for appointment of counsel w/att aff. |
| 22 - 1 | 07/01/04 | DEF 2 motion on shortened time for order modifying cond's of supervised release w/att aff. |
| 23 - 1 | 07/01/04 | DEF 2 motion on shortened time for hearing on motion to modify cond's of SR. |
| 24 - 1 | 07/02/04 | [Re: DEF 2] JKS Minute Order setting hrg on mot on shortened time for appt of cnsl and mot on shortened time for order modifying conditions of SR for 07/16/04 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 25 - 1 | 07/19/04 | [Re: DEF 2] JKS Court Minutes [ECR: Debby Willoughby-Lyons] re hrg on mot on shrt time for appt of counsel & for order mod cond of S/R (held 7/16/04); granting motion on shortened time for appointment of counsel (21-1); hrg re motion to modify conditions of S/R cont to 7-29 at 10:00 am. cc: USA, FPD, USPO, USM |
| 26 - 1 | 07/27/04 | [Re: DEF 2] JKS Minute Order vacating hrg on mot on shortened time to modify conditions of SR set for 07/29/04 and resetting for 07/30/04 at 3:00 p.m. cc: USA, FPD, USM, USPO |
| 27 - 1 | 08/02/04 | [Re: DEF 2] JKS Court Minutes [ECR: Debby Willoughby-Lyons] Cont hrg on mot on shortened time for order modifying conditions of SR; denying mot on shortened time for order modifying cond's of SR (22-1). cc: USA, FPD, USPO |
| 28 - 1 | 10/21/05 | [Re: DEF 2] JWS Order and Request for Modification of Cond's or Term of SR as directed. cc: USPO |
| 29 - 1 | 10/25/05 | [Re: DEF 1] JWS Order and Request for Modification or Term of SR as directed. cc: USPO |
| NOTE - 1 | 12/30/05 | {SEALED} |
| 30 - 1 | 12/30/05 | {SEALED} |