TERMED

U.S. District Court
Central District of California (Eastern Div.)

CRIMINAL DOCKET FOR CASE #: 06-M -32-ALL

USA v. Grathwohl                                        Filed: 02/01/06
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Stephen G. Larson

ROBERT GRATHWOHL (1)               Joan Politeo
     defendant                      [term  02/01/06]
  [term  02/01/06]                  FAX 714-338-4520
                                    [COR LD NTC pda]
                                    Federal Public Defenders Office
                                    411 W 4th St, Ste 7110
                                    Santa Ana, CA 92701-4598
                                    714-338-4500

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints                         Disposition

Defendant in violation of          Court orders the defendant held
18:3583                            to answer to District of
                                    Origin.
                                    (-1)

U. S. Attorneys:

    NONE

I hereby attest and certify on 2/6/06
that the foregoing ... ent is a full, true
and correct co... ... ... ...ci...or. file in
my office, an... ... ... ... ...stody.

CLERK ... ... ... ...OURT
CENTRAL D... ... ...FORNIA

1122

**SCANNED**

Docket as of February 6, 2006 4:34 pm                  Page 1

Proceedings include all events.                              TERMED
5:06m 32-ALL USA v. Grathwohl

2/1/06   1     REPORT COMMENCING CRIMINAL ACTION as to Robert Grathwohl
               arrested on 2/1/06. Defendant's date of birth: 1958. (vc)
               [Entry date 02/06/06]

2/1/06   2     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Robert
               Grathwohl , originating in the USDC, District of Alaska.
               Defendant charged  in violation of: 18:3583.  Signed by
               agent Lewis DUSM. (vc) [Entry date 02/06/06]

2/1/06   3     DEFENDANT Robert Grathwohl  arrested on warrant issued from
               USDC,  District of Alaska. (vc) [Entry date 02/06/06]

2/1/06   4     Petitioning the Court filed as to Robert Grathwohl (vc)
               [Entry date 02/06/06]

2/1/06   5     DECLARATION in support of petition filed as to Robert
               Grathwohl (vc) [Entry date 02/06/06]

2/1/06   6     MINUTES OF PROCEEDINGS HEARING held  before Magistrate
               Judge Stephen G. Larson as to Robert Grathwohl : Defendant
               states his true name is as charged. DFPD attorney Joan
               Politeo appointed. Court orders Robert Grathwohl
               permanently detained.  Court orders Robert Grathwohl held
               to answer to USDC, Origin District of Origin.  Warrant of
               Removal and Final  Commitment to issue.  Tape No.: 06-0003
               (vc) [Entry date 02/06/06]

2/1/06   7     NOTICE OF REQUEST FOR DETENTION filed by USA  as to Robert
               Grathwohl . (vc) [Entry date 02/06/06]

2/1/06   8     ORDER OF DETENTION  by Magistrate Judge Stephen G. Larson
               as to Robert Grathwohl  (cc: all counsel) (vc)
               [Entry date 02/06/06]

2/1/06   9     WAIVER OF RIGHTS (OUT OF DISTRICT CASES) filed by Robert
               Grathwohl waiving Identity. (vc) [Entry date 02/06/06]

2/1/06   10    FINANCIAL AFFIDAVIT filed as to Robert Grathwohl (vc)
               [Entry date 02/06/06]

2/3/06   11    FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
               Judge Stephen G. Larson as to Robert Grathwohl , to USDC,
               District of Alaska. (vc) [Entry date 02/06/06]

2/6/06   12    Fwd certified copies of the entire case file and docket to
               District of Alaska at Anchorage filed as to Robert
               Grathwohl (vc) [Entry date 02/06/06]

Name & Address

FILED

2006 FEB -3 AM 10: 35

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER<br>ED06-00032-M |
|---|---|---|
| | PLAINTIFF(S) | |
| v. | | FINAL COMMITMENT AND WARRANT OF REMOVAL<br><br>District of ____ALASKA |
| ROBERT GRATHWOHL, | | At _____ |
| | DEFENDANT(S). | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☐ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about  December 29 2005, in the District of Origin, the defendant did:

in violation of Title(s)     18, U.S.C., Section(s) 3583 - Supervised Release Violation

The defendant has now:
- ☒ duly waived identity hearing before me on  February 1, 2006            .
- ☒ duly waived preliminary examination before me on  February 1, 2006            .
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☒ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

ENTER ON ICMS

FEB - 6 2006

February 1, 2006
_____
Date

STEPHEN G. LARSON, United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____          _____
Date                           Deputy

M-15 (08/99)                   **FINAL COMMITMENT AND WARRANT OF REMOVAL**

Name & Address

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | | CASE NUMBER: |
| | PLAINTIFF(S), | EDMG 06-32 |
| v. | | |
| ROBERT GRATHWOHL | | **NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE** |
| | DEFENDANT(S). | |

On _____2/1/06_____ a document entitled

CJA23

was filed in this Court.

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area. (The docket clerk will select the appropriate box)

☑ Not for Public View document (pursuant to Judicial Conference Policy)
☐ Sealed document
☐ Special Handling required document (non-sealed attachments)

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

Clerk, U. S. District Court

2/6/06
Date

By CORTEZ
Deputy Clerk



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Robert Grp Mrsohl
Defendant

CASE NUMBER _____ 06 - 0032 M

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of _ALASKA_ alleging violation of _____ and that I have been arrested in this district and _____ *(Title and Section / Probation / Supervised Release)* taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

[ ]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[ ]    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*

    ☑    *have an identity hearing*

    ☑    *receive a copy of the charge(s) against me*

    ☑    *have a preliminary examination*

    ☐    *have an identity hearing, and I have been informed that I have no right to a preliminary examination*

    ☐    *have an identity hearing, but I request that a preliminary examination be held in the prosecuting district*

ENTER ON 16/15

FEB - 6 2006

Defendant

Defense Counsel

United States Magistrate Judge

DATE: _2/1/06_

M-14( Rev. 1/03 )          WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        )    Case No. ED06-00032M
11                                )
                 Plaintiff,       )    ORDER OF DETENTION
12                                )
           vs.                    )
13  ROBERT GRATTWOHL              )
14               Defendant.       )
15  |_____)

16      On motion by the Government for pre-trial detention, the
17  Court finds that no condition or combination of conditions will
18  reasonably assure the appearance of defendant as required, or the
19  safety of any person or the community.

20      The Court has considered the nature and circumstances of the
21  offenses; the weight of evidence against the defendant; the
22  history and characteristics of the defendant; and the nature and
23  seriousness of the danger to any person or the community.

24      The Court bases the foregoing findings on the defendant's
25  stipulation to pre-trial detention and the Pretrial Services
26  /
27  /
28  /





1  Report/recommendation.  The defendant also has not rebutted by
2  sufficient evidence to the contrary the presumption provided by
3  statute.

4      IT IS THEREFORE ORDERED that defendant be detained prior to
5  trial.  IT IS FURTHER ORDERED that defendant be committed to the
6  custody of the Attorney General for confinement in a corrections
7  facility separate, to the extent practicable, from persons
8  awaiting or serving sentences or being held in custody pending
9  appeal; that defendant be afforded reasonable opportunity for
10 private consultation with counsel; and that, on order of a Court
11 of the United States or on request of any attorney for the
12 Government, the person in charge of the corrections facility in
13 which defendant is confined deliver defendant to a United States
14 Marshal for the purpose of any appearance in connection with a
15 court proceeding.  This order is made without prejudice to
16 reconsideration.

17 DATED:    2/1/06

18
19
20                              _____
21                              HON.  STEPHEN G.  LARSON
                                UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

                              2

```
 1 | DEBRA WONG YANG
   | United States Attorney
 2 | THOMAS P. O'BRIEN
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | JOHN C. RAYBURN, JR. (SBN: 150254)
 4 | Chief, Riverside Branch Office
   | Assistant United States Attorney
 5 |     3880 Lemon Street, Ste. 210
   |     Riverside, California 92501
 6 |     Telephone:  (951) 276-6228
   |     Facsimile:  (951) 276-6237
 7 |     E-Mail: John.Rayburn@usdoj.gov
   |
 8 | Attorneys for Plaintiff
   | United States of America
 9 |
10 |            UNITED STATES DISTRICT COURT
   |
11 |         FOR THE CENTRAL DISTRICT OF CALIFORNIA
   |
12 | UNITED STATES OF AMERICA,    )   Case No. ED06 00032 M
   |                             )
13 |              Plaintiff,      )   GOVERNMENT'S NOTICE OF
   |                             )   REQUEST FOR DETENTION
14 |         v.                   )
   |                             )   ENTER ON ICMS
15 | ROBERT GRATHWOHL,            )
   |                             )   FEB - 6 2006
16 |              Defendant.      )
   |                             )
17 | _____ )
   |
18 |
   |      Plaintiff, United States of America, by and through its
19 |
   | counsel of record, hereby requests detention of defendant and
20 |
   | gives notice of the following material factors:
21 |
   |         1.   Temporary 10-day Detention Requested (§ 3142(d))
22 |
   |              on the following grounds:
23 |
   |         a.   offense committed while defendant was on
24 |
   |              release pending (felony trial), (sentencing)
25 |
   |              (appeal) or on (probation) (parole);
26 |
   |         b.   alien not lawfully admitted for permanent
27 |
   |              residence;
28 |
```

FILED
CLERK U.S. DISTRICT COURT

FEB - 1 2006

CENTRAL DISTRICT OF CA
BY                DEPUTY

```
 1                    ___    c.  flight risk;

 2                    ___    d.  danger to community.

 3    ___      2.     Pretrial Detention Requested (§ 3142(e)) because

 4                    no condition or combination of conditions will

 5                    reasonably assure against:

 6                    ___    a.  Danger to any other person or the community;

 7                    ___    b.  Flight.

 8    ✓       3.     Detention Requested Pending Supervised

 9                    Release/Probation Revocation Hearing (Rules

10                    32.1, 46, § 3143) because defendant cannot

11                    establish a condition or combination of

12                    conditions that will reasonably assure against:

13           ✓       a.  Danger to any other person or the community;

14           ✓       b.  Flight.

15    ___      4.     Presumptions Applicable to Pretrial Detention

16                    (18 U.S.C. § 3142(e)):

17                    ___    a.  Title 21 offense with 10-year or greater

18                           maximum penalty (presumption of danger to

19                           community and flight risk);

20                    ___    b.  firearm used or carried during offense (18

21                           U.S.C. § 924(c)) (presumption of danger to

22                           community and flight risk);

23                    ___    c.  offense under Maritime Drug Law Enforcement

24                           Act (46 U.S.C. App. 1901 et seq.)

25                           (presumption of danger to community and

26                           flight risk);

27

28
```

1   ____   d. defendant currently charged with (I) crime of
2          violence, (II) offense with maximum sentence
3          of life imprisonment or death,(III) Title 21
4          offense with ten year or greater maximum
5          sentence, or (IV) state or local offense that
6          would qualify under I, II, or III if federal
7          jurisdiction were present, and defendant was
8          previously convicted of a crime listed in I,
9          II, or III committed while on release pending
10         trial, and the current offense was committed
11         within five years of conviction or release
12         from prison on the above-described previous
13         conviction (presumption of danger to
14         community).

15  ____   5.   Government is Entitled to Detention Hearing
16         Under § 3142(f) Based on the Following:

17  ____   a. crime of violence (defined in 18 U.S.C. §
18         3156);

19  ____   b. maximum sentence is life imprisonment or
20         death;

21  ____   c. Title 21 offense with maximum sentence of ten
22         years or more;

23  ____   d. instant offense is felony and defendant has
24         two or more convictions for a crime set forth
25         in a-c above or for an offense under state or
26         local law that would qualify under a, b, or c
27         if federal jurisdiction were present;

28

1       _____  e.  serious risk of flight;

2       _____  f.  serious risk of (obstructing justice or

3                  attempting to obstruct justice)(threatening,

4                  injuring, or intimidating witness or juror,

5                  or attempting to do so).

6   _____  6.  Government requests continuance of _____ days

7               for detention hearing based upon the following

8               reason: _____

9               _____

10              _____

11  _____  7.  Good cause for continuance in excess of three

12              days exists in that:

13              _____

14              _____

15              _____

16  DATED: February __1__, 2006.    Respectfully submitted,

17                                  DEBRA WONG YANG
                                    United States Attorney
18

19

20                                  JOHN C. RAYBURN, JR.
                                    Assistant United States Attorney
21

22                                  Attorneys for Plaintiff
                                    United States of America

23

24

25

26

27

28

4

**P SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | ☐ LA   ☐ RS   ☐ SA          ☐ UNDER SEAL<br>CASE NUMBER:<br>☐ COMPLAINT   ☐ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT   ☐ INFORMATION<br>☐ SUMMONS   ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: _____ |
| v. | |
| Robert Grathwohl | |
| DEFENDANT. | VIOLATION: _18 USC § 3583_<br><br>DATE: _2/1/06_    TIME: _4:00 pm_<br>TAPE NUMBER: _06-0004 @ 5000 +_ |

ED 06    00032 M

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE _Stephen G. Larson_ | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: _J. Holmes_          _Raymond O. Aghaian_          _N/A_
          *Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☒ Defendant states true name ☒ is as charged ☐ is _____
- ☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☒ Attorney: _Joan Politeo_    ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____
- ☒ Government's request for detention is: ☐ GRANTED    ☐ DENIED    ☐ WITHDRAWN    ☐ CONTINUED
- ☐ Defendant is ordered: ☒ Permanently Detained    ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:    ☐ GRANTED   ☐ DENIED
- ☒ Preliminary Hearing waived.
- ☐ **SUPER FAST TRACK**    ☐ Defendant is advised of maximum penalties.
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
- ☐ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM
- ☐ Post-Indictment Arraignment set for _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
- ☐ Defendant executed Waiver of Rights.    ☐ Process received.
- ☒ Court ORDERS defendant Held to Answer to _____ District of _Oregon_
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☒ Warrant of removal and final commitment to issue.    ☐ Warrant of removal and final commitment are ordered stayed until _____.
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  - Type of Hearing: _____ Before Judge _____
  - Proceedings will be held in the ☐ Duty Courtroom _____   ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM. RELEASE ORDER NO: _____
- ☐ Other: _____

ENTER ON ICMS
FEB - 6 2006
/Duty Magistrate Judge.

15 mins

|  |  |  |  |
|---|---|---|---|
| ☐ **PSA** | ☒ **FINANCIAL** | ☒ **READY** | Deputy Clerk Initials _____ |

cc: *AUSA, Defendant's counsel*
☐ PSALA, ☐ PSASA, ☒ PSAED, ☐ USPO

| ORIGINAL -WHITE COPY | PINK- PIA CLERK | YELLOW - STATS | GREEN - CRD |
|---|---|---|---|

*U.S. GPO: 2004-778-324/13004



FILED

TER ON IC

FEB - 6 20   United States District Court   2006 FEB - 1 AM 10: 19

for the

DISTRICT OF ALASKA

CENTRAL DISTRICT COURT
DIST. OF CALIF.
RIVERSIDE

ED 06 - 0003 M

UNITED STATES OF AMERICA       )
                               )       Case Number: A99-0053-01 CR (JKS))
                               )
        vs.                    )       DECLARATION IN SUPPORT OF PETITION
                               )
                               )
Robert Grathwohl               )

I, Eric Odegard, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Probation for Robert Grathwohl and in that capacity declare as follows:

On August 26, 1999, the Court sentenced the defendant to 84 months imprisonment and 60 months supervised release following his convictions for Conspiracy and Money Laundering.

On June 9, 2005, the offender was released in the Central District of California, where he has been supervised since that time.

On June 13, 2005, the offender was placed in a drug testing program.

On September 7 and 17, 2005, the offender submitted urine samples which tested positive for the presence of methamphetamine. On September 3 and 29, 2005, the offender failed to appear for scheduled drug testing. The offender subsequently admitted to using methamphetamine and agreed to participate in residential drug treatment.

On October 20, 2005, the Court ordered the offender's conditions modified to include a condition for residential drug treatment in response to the offender's prior use of methamphetamine.

On November 29, 2005, the offender, who had entered the Salvation Army drug treatment program, left without the permission of the Program Director.

On December 13, 2005, the offender was arrested for disorderly conduct and being under the influence of alcohol. According to his mother, the offender began drinking after returning from an AA meeting. When confronted by his family, he became angry, belligerent, and threatening, causing his teenage nieces to run out of the house in fear and call the police.



FILED FILED

# United States District Court

### for the

## District of Alaska

Sealed

Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Robert Grathwohl

Sentencing Judicial Officer: James K. Singleton, U.S. District Court Judge

Date of Original Sentence: August 19, 1999

Original Offense: Conspiracy, 21 U.S.C. § 846
Money Laundering, 18 U.S.C. § 1956(h)

Original Sentence: 84 months imprisonment, 5 years supervised release

Date Supervision Commenced: June 9, 2005 (to Central District of California)

Asst. U.S. Attorney: Stephen Collins        Defense Attorney: Rich Curtner

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

**PETITIONING THE COURT**

[X]    To issue a warrant
[  ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant has violated the Mandatory Condition of Supervision, "The defendant shall refrain from any unlawful use of a controlled substance," in that on September 7, 2005, the defendant submitted a urine specimen which tested positive for methamphetamine. This violation is a Grade C violation. |
| 2 | The defendant has violated the Mandatory Condition of Supervision, "The defendant shall refrain from any unlawful use of a controlled substance," in that on September 17, 2005, the defendant submitted a urine specimen which tested positive for methamphetamine. This violation is a Grade C violation. |
| 3 | The defendant violated the Special Condition of Supervision, "The defendant shall reside at and participate in an approved residential drug treatment and counseling program approved by the U.S. Probation Officer, that includes urinalysis, saliva, and /or sweat patch testing for the treatment of narcotic addiction or drug dependency, until discharged by the Program Director," in that on November 29, 2005, the defendant left the Salvation Army drug treatment program without permission of the Program Director. This violation is a Grade C violation. |

-1-

*Petition for Warrant or Summons*
*Name of Offender*               *rt Grathwohl*
*Case Number*                    *A-99-0053-01 CR (JKS)*

4     The defendant violated the Special Condition of Supervision, "The defendant shall not use or possess alcoholic beverages and shall not frequent places where the dispensing of alcohol is the primary business," in that on December 13, 2005, the defendant was arrested for disorderly conduct and being under the influence of alcohol.   This violation is a Grade C violation.

5     The defendant violated the Mandatory Condition of Supervision, "The defendant shall not commit another federal, state, or local crime," in that on December 13, 2005, the defendant was arrested for disorderly conduct and being under the influence of alcohol.   This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]  Revoked
[ ]  Extended for _____ year(s), for a total term of _____ years.

[ ]  The conditions of supervised release should be modified as follows:

Respectfully submitted,

Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer
Date: December 28, 2005

THE COURT ORDERS

[X]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

-2-

*Petition for Warrant or Summons*
*Name of Offender*                   *rt Grathwohl*
*Case Number*                        *3:99-0053-01 CR (JKS)*

[ ]   Other:

James K. Singleton
U.S. District Court Judge

12/29/05

Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

399-0053--CR (JKS)   am 12-30-05

J. COLLINS (US ATTY)
US MARSHAL
US PROBATION

MAGISTRATE JUDGE ROBERTS
def w/USM cy

-3-



# United States District Court

for the

## DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
)
vs. )
)
)
Robert Grathwohl )

**FD 06 - 0003**

Case Number: A99-0053-01-CR (JKS)

Sealed    **WARRANT FOR ARREST**

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Robert Grathwohl and bring him
forthwith to the nearest Magistrate Judge to answer a supervised release violation petition
charging him with five violations of his term of supervised release.

_____
James K. Singleton
Senior U.S. District Court Judge

12-29-05
Date

---

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | ENTER ON DMS  FEB - 6 |
| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: | | |

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

*Grathwohl, Robert*

DEFENDANT(S).

**ED 06 - 00032 M**

CASE NUMBER

CR- ~~A99-0053-01 (02) (SK)~~

AFFIDAVIT RE

OUT-OF-DISTRICT WARRANT

---

The above-named defendant was charged by:

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Bench warrant for:   ☐ Probation Violation
                                                                      ☐ Failure to Appear

in the _____ District of _Alaska_ on _____ at ___

_____ a.m./p.m.   The offense was allegedly committed on or about _9/7–17/05 thru 12/13/05_

in violation of Title _18_ U.S.C., Section(s) _3583_ to wit: _____

_Supervised Release Violation_

A warrant for defendant's arrest was issued by: ☒ Magistrate Judge   _James K. Singleton_
                                                ☒ District Judge

Bond of $ _Not Addressed_ was: ☐ Set   ☐ Recommended

Type of Bond: ☐ Personal Recognizance   ☐ Appearance   ☐ Corporate Surety   ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): _____

_____

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

_____
Signature of Agent

presence on _2-1-06_ .
         Date

_Lewis_
Print Last Name

_J. Ming_
Deputy Clerk

_DUSM_ — ON CMS
Agency and Title

CR-52 (5/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

No Interpreter

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA 2006 FEB -1  AM 10: 19

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br><br>                    v.<br>Grathwohl, Robert<br><br>                         DEFENDANT(S). | CASE NUMBER DISTRICT COURT CALIF.<br><br>ED 06 - 00032 M<br>CR- A99-0053-01-ART (JKS.)<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1)  Date and time of arrest   2 - 1 - 06   0809                          a.m./p.m.

2)  Charges under which defendant has been booked at the San Bernardino Sheriff's Detention Center (CDC)

18 USC 3583    Superviseel Release Violation

3)  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4)  U.S. Citizen:    ☒ Yes    ☐ No    ☐ Unknown

5)  Date of Birth: ▬▬▬ - 1958

6)  The defendant is:    ☒ Presently in custody on this charge.
                         ☐ At liberty on bond posted before a Magistrate Judge.
                         ☐ At liberty and warrant is requested.
         Federal  ☐  In custody on another conviction.
         State    ☐  In custody awaiting trial on these charges.

7)  Place of detention (if out-of-district): _____

8)  Date detainer placed on defendant: _____

9)  This is a re-prosecution of previously dismissed charges. (Docket/Case No. _____ )

10) Name of Pretrial Services Officer: _____

11) Remarks (if any): _____

ENTER ON ICMS
FEB - 6 2006

12)  Date:   2 - 1 - 06                    13) _____
                                                        Signature

                                              14)   Lewis
                                                        Name

                                              15)  DUSM
                                                        Title

CR-64 (10/93)             REPORT COMMENCING CRIMINAL ACTION