Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT GRATHWOHL,<br><br>　　　　Defendant. | NO. A99-0053 CR (JKS)<br><br>**ENTRY OF APPEARANCE** |

　　　　Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant ROBERT GRATHWOHL in the above-captioned action.

　　　　DATED at Anchorage, Alaska this 9th day of March 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Rich Curtner
　　　　　　　　Federal Defender
　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　907-646-3400
　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　E-Mail:　　rich_curtner@fd.org

<u>Certification</u>:
I certify that on March 9, 2006,
a copy of *Entry of Appearance*
was served electronically on:

Stephan Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Eric Odegard
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner_____