MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>ROBERT GRATHWOHL</u>          CASE NO. <u>3:99-cr-00053-JKS</u>
Defendant: <u> X </u>Present <u> X </u>In Custody

BEFORE THE HONORABLE:          <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:          <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:          <u>F. RICHARD CURTNER - APPOINTED</u>

U.S.P.O.:          <u>MARY BARNES</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
            RELEASE HELD MARCH 9, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:17 a.m. court convened.

<u> X </u>Copy of Petition to Revoke Supervised Release given to
   defendant: read.

<u> X </u>Defendant advised of general rights, charges, and penalties.

<u> X </u>Defendant sworn.

<u> X </u>Defendant stated true name:<u> Same as above.</u>

<u> X </u>Financial Affidavit filed.
  <u> X </u>Federal Public Defender accepted appointment; FPD notified.

<u> X </u>Defendant **DENIED** allegations<u> 1 thru 5 of the Petition to</u>
   <u>Revoke Supervised Release.</u>

<u> X </u>Consent to Proceed before U.S. Magistrate Judge **FILED**.

<u> X </u>Evidentiary Hearing set for  **March 15, 2006 at 9:30 a.m.**

<u> X </u>Detention uncontested. Defendant detained.

<u> X </u>Order of Detention Pending Trial **FILED.**

At 10:27 a.m. court adjourned.

DATE:      <u>March 9, 2006</u>       DEPUTY CLERK'S INITIALS:   <u>ak</u>