UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ROBERT GRATHWOHL | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 08/26/1999)<br>Case Number: 3:99-CR-00053-01-JKS<br>Rich Curtner<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 12/30/2005 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1-5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Use of controlled Substance | 09/07/2005 | C |
| 2 | Mandatory | Use of controlled Substance | 09/17/2005 | C |
| 3 | Special | Left Program | 11/29/2005 | C |
| 4 | Special | Possess alcohol | 12/13/2005 | C |
| 5 | Mandatory | Disorderly Conduct | 12/13/2005 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 8, 2006
Date of Disposition Hearing

REDACTED SIGNATURE

Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

5/9/2006
Date

AO245.REV

Defendant: ROBERT GRATHWOHL                    Amended Judgment--Page _2_ of _3_
Case No.:  3:99-CR-00053-01-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  6 months with credit for time served  .

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this district,
          [_]   at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
          [_]   before 2 p.m. on _____.
          [_]   as notified by the United States Marshal.
          [_]   as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                                    _____
                                                    United States Marshal

                                                 By _____
                                                    Deputy Marshal

AO245.REV

```
Defendant: ROBERT GRATHWOHL                 Amended Judgment--Page  3  of  3
Case No.:  3:99-CR-00053-01-JKS
```

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release is:

REVOKED AND NO TERM OF SUPERVISION TO FOLLOW

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV